IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDEN P. STEWART, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST GAMING & ENTERTAINMENT, LLC d/b/a RIVERS CASINO, et al.<br><br>Defendants. | Case No. 1:20-cv-02566 |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR ONE-STEP APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**

For the reasons stated in the accompanying Memorandum of Law, Plaintiff, on behalf of himself and the settlement collectives he seeks to represent, moves this Court to approve the parties FLSA Collective Action Settlement and order the following relief: (1) collective certification of the proposed collectives for purposes of settlement; (2) approve the parties' FLSA collective action settlement as a fair and reasonable resolution of a *bona fide* dispute; (3) approve the proposed notice plan; (4) approve Plaintiff's counsel's application for attorneys' fees and reimbursement of reasonable litigation costs; (5) approve the requested service awards for Plaintiff Stewart and Opt-In Plaintiffs Papa and Rettig; (6) order the Settlement Agreement be implemented in all respects; and (7) bind those collective members who elect to participate in the settlement to the terms of the Settlement Agreement.

Plaintiff requests and Defendants do not oppose the entry of the attached Proposed Final Order and Judgment Approving FLSA Collective Action Settlement (**Exhibit 3**).

1

Dated:  April 9, 2021    Respectfully submitted,

**WERMAN SALAS P.C.**
Douglas M. Werman
Maureen A. Salas
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Telephone:     312-419-1008
Facsimile:     312-419-1025
Email: dwerman@flsalaw.com
Email: msalas@flsalaw.com

**STUEVE SIEGEL HANSON LLP**
*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
*Appearing pro hac vice*
Alexander T. Ricke, MO Bar No. 65132
*Appearing pro hac vice*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     816-714-7100
Facsimile:     816-714-7101
Email:  hanson@stuevesiegel.com
Email:  ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
*Appearing pro hac vice*
Michael J. Rahmberg, MO Bar No. 66979
*Appearing pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone:     816-781-0002
Facsimile:     816-781-1984
Email:  ryan@mcclellandlawfirm.com
Email:  mrahmberg@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

*/s/ Alexander T. Ricke*

**ATTORNEY FOR PLAINTIFF**